NO. 07-10-00164-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL A
 
--------------------------------------------------------------------------------
SEPTEMBER 28, 2010
--------------------------------------------------------------------------------

 
 NYLES MARTIN, APPELLANT
 
 v.
 
 CACV OF COLORADO, LLC, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;
 
 NO. 2008-561,931; HONORABLE JUDY C. PARKER, JUDGE
--------------------------------------------------------------------------------

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appellant, Nyles Martin, has filed a motion to dismiss this appeal because he no longer desires to pursue it. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). While Martin's motion requests that costs be charged to the party incurring them, there is no valid agreement of the parties to allocate costs in this manner. See Tex. R. App. P. 6.6. Therefore, all costs related to this appeal are assessed against appellant. See Tex. R. App. P. 42.1(d). If dismissal will prevent appellee from seeking relief to which it would otherwise be entitled, the Court directs appellee to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.

 Mackey K. Hancock
 Justice